IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:10-CR-168-03-JEC |
| GUY MITCHELL, | |
| Defendant. | |

## **ORDER**

The Court has received and **approves** the request for leave of absence of Janice Singer-Capek, counsel for Guy Mitchell (3), for the periods of September 29-30, 2011 and October 7, 2011 [84]. **Excludable time is allowed to commence as of September 29-30, 2011 and October 7, 2011,** pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(to give counsel for the defendant or attorney for the Government reasonable time necessary for effective preparation) and (h)(6) (a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

AO 72A
(Rev.8/82)

SO ORDERED this <u>8th</u> day of AUGUST, 2011.

          <u>/s/ Julie E. Carnes</u>
          JULIE E. CARNES
          CHIEF U.S. DISTRICT JUDGE